UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATHAN A. SAUNDERS II,<br><br>                    Plaintiff,<br><br>                v.<br><br>ESTHER HANKERSON *et al*.,<br><br>                    Defendants. | No. 1:02 CV 02536 (EGS) |

## ORDER

For the reasons stated in the Motion for the Preliminary Approval of the Proposed Resolution Between Nathan Saunders II and the American Federation of Teachers, AFL-CIO, Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure dated September 9, 2005, and the documents attached thereto and in conjunction with the revised Notice of the Proposed Resolution submitted October 4, 2005 containing dates for response, it is by the Court on this 5th day of October 2005, hereby

**ORDERED** that:

- The Proposed Resolution be preliminarily approved;
- Notice of the Proposed Resolution be approved;
- The WTU is ordered to distribute the Notice of Proposed Resolution to its members by October 19, 2005 by: (1) U.S. Mail, (2) faxing to the Building Representative at each DCPS school for posting on the WTU notice board and with a request to place photocopies in each teacher's school mail-box, and (3) posting a copy on the WTU website;
- Members will be required to submit comments to the Court and the Parties on or

before November 2, 2005, if they wish to be heard at the Fairness Hearing; and

- A hearing to assess the adequacy, fairness, and reasonableness of the Proposed Resolution be scheduled for November 14, 2005 at 5:30 p.m.

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**October 5, 2005**

2